IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore

IN RE:

Jeffrey Spalding Shaver

Debtor

Case No. 09-22892-NVA
Chapter 13

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS CHAPTER 13

Come now the Debtor , by counsel,  and file this Motion To Convert Dismiss Chapter 13.

/s/ Steven E. Mirsky
_____

Steven E. Mirsky
Attorney For Debtor
401 N. Washington St, Suite 550
Rockville, Maryland 20850
301-279-8700
sem@lawyer.com

### Certificate of Service

I hereby certify that a copy of the foregoing Motion To Dismiss Chapter 13 was sent via ECF  to the Chapter 13 Trustee this 6th day of  October, 2009.

/s/ Steven E. Mirsky
--------------------